JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA BARRAZA,<br><br>    Plaintiff,<br><br>  v.<br><br>JPMORGAN CHASE, ET AL.,<br><br>    Defendant. | CV 11-36 PA (CWx)<br><br>JUDGMENT |

    Pursuant to the Court's Minute Order of April 4, 2011, dismissing with prejudice plaintiff Maria Barraza's ("Plaintiff's") claims against defendants JPMorgan Chase Bank, N.A., EMC Mortgage Corporation, Mortgage Electronic Registration Systems, Inc., and Biltmore Bank of Arizona ("Defendants") for violation of the Truth in Lending Act ("TILA"), the Real Estate Settlement Procedures Act ("RESPA"), and the Racketeer Influenced and Corrupt Organization Act ("RICO"),

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants shall have judgment in their favor against Plaintiff on her claims for violation of TILA, RESPA, and civil RICO.

///

///

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take
2  nothing and that Defendants shall have their costs of suit.
3  IT IS SO ORDERED.
4  DATED: April 4, 2011

                                              Percy Anderson
                                   UNITED STATES DISTRICT JUDGE